93 A.3d 758

IN THE MATTER OF PHILIP J. MORIN, III, AN ATTORNEY AT LAW (ATTORNEY NO. 027381994).

July 11, 2014.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 14–111 of **PHILIP J. MORIN, III,** of **PHILLIPSBURG,** who was admitted to the bar of this State in 1994;

And the District IIA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.3, *RPC* 1.4(b) and *RPC* 8.4(c), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. IIA–2012–0011E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **PHILIP J. MORIN, III,** of **PHILLIPS-BURG** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.